# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SIRLASIE CURRY,<br>    Petitioner,<br>   v.<br>JOHN MARSHALL, Warden,<br>    Respondent. | No. CV 10-2474-GW (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 13, 2011

                                        GEORGE H. WU
                             UNITED STATES DISTRICT JUDGE